IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EARLIE STORY                                                                                          PLAINTIFF

v.                                         No. 4:12CV00169 JLH

HINO MOTORS MANUFACTURING
USA, INC.                                                                                             DEFENDANT

## ORDER

The defendant has filed a motion to transfer this action from the Western Division of the Eastern District of Arkansas to the Jonesboro Division. Plaintiff does not object to the transfer. Therefore, for the convenience of the parties and witnesses and in the interest of justice, this action is transferred to the Jonesboro Division. Document #5.

IT IS SO ORDERED this 30th day of May, 2012.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE