## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

EARLIE STORY                                                                 PLAINTIFF

v.                                    NO. 3:12CV00130 JLH

HINO MOTORS MANUFACTURING
USA, INC.                                                                    DEFENDANT

## ORDER OF DISMISSAL

Having been notified by counsel that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendant be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the

action if it is satisfactorily shown that settlement has not been completed and further litigation is

necessary.

IT IS SO ORDERED this 11th day of December, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE